**CHARLIE WOODLEY, Employee, MARY WOODLEY, Claimant, v. FALKNER, INCORPORATED, Employer, AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Carrier, and FLORIDA INDUSTRIAL COMMISSION.**

21 So. (2nd) 204                                     January Term, 1945
March 9, 1945                                        En Banc

*G. P. Garrett,* for appellant.

*Maguire, Voorhis & Wells,* for appellees.

ADAMS, J.:

This is a compensate case. Recovery was denied by the deputy commissioner, the whole commission and the circuit court because the deceased did not come to his death by reason of injuries sustained in the course of his employment.

We have studied the record and find no error in the conclusion reached below. Also, we find no error of law in the record and the judgment appealed from is affirmed.

TERRELL, BROWN, BUFORD, JJ., concur.

THOMAS and SEBRING, JJ., agree to conclusion.

CHAPMAN, C. J., dissents.